1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

CAROL-LYNN: ENGEN-LS 82077, et al.,

11

Plaintiffs,

CASE NO. C05-1208C

12

v.

ORDER

13

GENESIS FINANCIAL, INC., a Washington
corporation, et al.,

14

Defendants.

15

16    This matter has come before the Court on Plaintiffs' removal of an action filed against them in

17    King County Superior Court.  Plaintiffs' notice of removal (Dkt. No. 1) states what appear to be cross-

18    and counter-claims citing purported Constitutional principles.  Plaintiffs then purported to "remove" this

19    action from this Court to a "Federal Tribal Circuit Court" in North Dakota.  This purported "removal" is

20    legally invalid.

21    The Court hereby ORDERS Plaintiffs to SHOW CAUSE by Friday, August 26, 2005, at 4:30

22    p.m. why the Court should not dismiss Plaintiffs' claims for failure to comply with Fed. R. Civ. P. 8(a).

23    Pursuant to that Rule, claims must be plainly stated and must show that the pleader is entitled to relief.

24    The Court directs that Plaintiffs respond to this Show Cause Order by submitting an amended notice of

25    removal.  A pleading must contain short and plain statements sufficient to give the defendants fair notice

26    ORDER – 1

1   of what the claims against them are and the grounds upon which these claims rest.  *Sweirkiewicz v.*

2   *Sorema*, 122 S. Ct. 992, 998-99 (2002).  While Plaintiffs need not set forth a complete and convincing

3   picture of the alleged wrongdoing in this amended pleading, they must *at least* set forth enough factual

4   details so as to provide Defendants and the Court with a fair idea of the basis of their claims.  In

5   particular, the Court directs Plaintiff to identify clearly each of the defendants in this action and to make a

6   short and plain statement of the claim or claims against each defendant, showing that they are entitled to

7   relief against that defendant.  Failure to comply with this Order by Friday, August 26, 2005 at 4:30 p.m.

8   will result in dismissal of Plaintiffs' cross- and counter-claims and remand of this action to King County

9   Superior Court.

10

11          SO ORDERED this 9th  day of August, 2005.

12

13                                                                _____
                                                                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER – 2